IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Criminal Number 04-41E-4 |
| | ) | |
| CYNTHIA LIVINGSTON | ) | |

The above named defendant satisfied the judgment of JUNE 20, 2005 by paying on APRIL 09, 2007 the full balance due on his/her court ordered:

___X___ Assessment
_____ Fine
_____ Costs
_____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____ 5/21/07
Deputy Clerk            Date